# Amended Complaint Synopsis

| | |
|---|---|
| **Name:** | Thomas Bordeau, Sr. |
| **Address:** (City & State Only) | Peru, Maine |
| **Year of Birth/Age:** | 1962/61 |
| **Violations:** | Count One: Entering and Remaining in a Restricted Building or Grounds. 18 U.S.C. § 1752(a)(1) <br><br> Count Two: Disorderly and Disruptive Conduct in a Restricted Building or Grounds. 18 U.S.C. § 1752 (a)(2) <br><br> Count Three: Disorderly Conduct in a Capitol Building. 40 U.S.C. § 5104(e)(2)(D) <br><br> Count Four: Parade, Demonstrate, or Picket in any of the Capitol Buildings. 40 U.S.C. § 5104(e)(2)(G) |
| **Penalties:** | Counts One and Two: Imprisonment for no more than a year; fine not to exceed one hundred thousand dollars ($100,000); or both. 18 U.S.C. § 1752; 18 U.S.C. § 3571(b)(5). <br><br> Counts Three and Four: Imprisonment of not more than six months; fine not to exceed five thousand dollars ($5,000); or both. 40 U.S.C. § 5104; 18 U.S.C. § 3571(b)(6). |
| **Supervised Release:** | Counts One and Two: Not more than one year. 18 U.S.C. § 3583(b)(3). <br><br> Counts Three and Four: Supervised Release not authorized for petty offense. **Note:** May result in not more than 5 years of probation. *See* 18 U.S.C. §3561(c)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One and Two: Not more than one year. 18 U.S.C. § 3583(e)(3). <br><br> Counts Three and Four: N/A |

| | |
|---|---|
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | <u>Counts One and Two</u>: One year less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. §3583(h).<br><br><u>Counts Three and Four</u>: N/A |
| **Defendant's Attorney:** | Darrick Banda, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | FBI/Special Agent Sean Murphy |
| **Detention Status:** | Warrant Issued – Defendant in federal custody pending initial appearance. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Offense occurred in District of Columbia |
| **AUSA:** | Sheila Sawyer |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | No |
| **Assessments:** | Counts One and Two: $25<br>Counts Three and Four: $10 |